SOPHIA DECHTEROW, Appellant, v. AUSTIN, NICHOLS COMPANY, INC., and Others, Respondents.— Order affirmed, with ten dollars costs and dis-

bursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concur.